UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ABDULAZIZ TABASI,

               Petitioner,                   Case No. 1:26-cv-1737

v.                                          Honorable Paul L. Maloney

MARKWAYNE MULLIN et al.,

               Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:   July 10, 2026                  /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge